**Opinion filed January 10, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00249-CV

_____

**APPROXIMATELY 4.11 GRAMS OF METHAMPHETAMINE, APPROXIMATELY 5.33 GRAMS OF COCAINE, AND $1,056.00 IN U.S. CURRENCY, Appellants**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 10749-D**

## MEMORANDUM OPINION

Donnie Ray Carrion filed a pro se notice of appeal in this cause. His brief was originally due to be filed in this court on or before November 7, 2018. On November 26, 2018, this court notified Carrion by letter that his brief was past due, and on this court's own motion, we extended the deadline to December 17, 2018. In the November 26 letter, the clerk of this court informed Carrion that the failure to timely

file an appellate brief by the December 17 due date "**may result in dismissal of the appeal**." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). As of this date, Carrion has not filed a brief, nor has he requested an extension of time in which to file his brief. Based upon Carrion's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

January 10, 2019

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.